# Order

Michigan Supreme Court
Lansing, Michigan

June 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162891(23)

*In re* INDEPENDENT CITIZENS
REDISTRICTING COMMISSION FOR STATE
LEGISLATIVE AND CONGRESSIONAL
DISTRICT'S DUTY TO REDRAW DISTRICTS
BY NOVEMBER 1, 2021.                                    SC: 162891

_____/

On order of the Chief Justice, the motions of amicus Michigan Senate for ten minutes of oral argument time and for immediate consideration are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2021



Clerk